# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

KIM ELDRIDGE,                    )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    Case No. CIV-15-695-D
                                 )
CAROLYN COLVIN, Acting           )
Commissioner of Social Security, )
                                 )
            Defendant.           )

## ORDER

Plaintiff brought this action for judicial review of the Commissioner's order denying her application for disability insurance benefits. The matter was referred to Magistrate Judge Bernard Jones for initial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). The parties fully briefed their respective positions and, on July 11, 2016, the Magistrate Judge filed his Report and Recommendation [Doc. No. 19] in which he recommended that the Commissioner's decision be affirmed.

In his Report and Recommendation, the Magistrate Judge advised the parties of the right to file objections to the same and directed the parties to file any objections no later than July 25, 2016. The Magistrate Judge further admonished the parties that failure to timely object would constitute a waiver of the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. The deadline for filing objections has expired and to date,

neither party has filed objections or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 19] is affirmed and adopted as though fully set forth herein.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner denying Plaintiff's application for disability insurance benefits is **AFFIRMED**, as more fully set forth in the Report and Recommendation.

**IT IS SO ORDERED** this 16th day of August, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE